IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

In re:                                                                           Case No. 13-70334-SCS
BRENDA REGINA BLOUNT,                             Chapter 13

                   Debtor.

**ORDER SETTLING TRUSTEE'S OBJECTION
TO CONFIRMATION OF PLAN**

THIS MATTER CAME to be heard upon the Objection to Confirmation of the Plan filed on February 4, 2013, filed by R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee"). Upon the representation of the parties that the matter has been settled; it is hereby

**ORDERED** that the Trustee's Objection to Confirmation of the Plan is **SUSTAINED** and confirmation is **DENIED**. Brenda Regina Blount (the "Debtor") shall file the appropriate amendments to the attorney fee agreement, statement of financial affairs, 2016 disclosure and Plan to correctly and consistently disclose the correct amount of all attorney fees and costs including those which were paid prior to the filing of the voluntary petition on or before May 2, 2013. The Trustee reserves all rights with regard to the amendments.

It is **FURTHER ORDERED** that amended plan must pay on account of the allowed general unsecured creditors $9,044.72 <u>or</u> an amount equal to one-hundred percent (100%) of said claims to satisfy the requirements of 11 U.S.C. §1325(a)(4), <u>whichever is less</u>. The actual total funding may have to increase in order to do so, if necessary, when allowed claims are determined.

It is **FURTHER ORDERED** if the Debtor fails to comply with the terms of this Order; an

R. Clinton Stackhouse, Jr. VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

Order of Dismissal may be filed with and entered by this Court without further hearing.

It is **FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to the parties named on the attached copy list.

Entered at Norfolk _____ day of __May 1 2013_____, 2013.

/s/ Stephen C. St.John
_____
JUDGE

Notice of entry of Order or Judgment __05/01/2013_____

I ASK FOR THIS:

*/s/ R. Clinton Stackhouse, Jr.*
_____ _____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee


SEEN AND AGREED:

/s/ Steve C. Taylor
_____
Steve C. Taylor, Esquire
Counsel for Debtor

## LOCAL RULE 9022-1 CERTIFICATE

I hereby certify that in accordance with Local Rule 9022-1, this Order has been endorsed by all parties.

*/s/ R. Clinton Stackhouse, Jr.*
_____

Copy List:

Brenda Regina Blount
4112 Greenwood Dr.
Portsmouth, VA 23701

Steve C. Taylor, Esquire
133 Mt. Pleasant Road
Chesapeake, VA 23322